**UNITED STATES BANKRUPTCY COURT FOR THE**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CASE NO.: 3:11-bk-09057-JAF**
**Chapter 13**

**In Re:**

**Richard D Lee, and**
**Megan K Lee**
***fka* Megan K LeVine**

**Debtors.**
_________________________________/

**ORDER GRANTING BAYVIEW'S**
**MOTION FOR APPROVAL OF LOAN MODIFICATION AGREEMENT**

THIS CASE came before the Court upon the Motion for Approval of Loan Modification Agreement (Docket #45) filed by Bayview Loan Servicing, LLC ("Bayview"), its successor and assigns on negative notice pursuant to Local Rule 2002-4. There being no response or objection to the entry of this Order and the Court having considered the matter and based on the record, it is

ORDERED:

1. The Motion is GRANTED.
2. The Debtors Richard D. Lee and Megan K. Lee are allowed to enter into a permanent loan modification offered by Bayview Loan Servicing, LLC on their primary residence located at 116 Magnolia Hammock Drive, Ponte Vedra Beach, FL 32082.
3. The parties are authorized to execute any necessary documents to effectuate the permanent loan modification.

DONE and ORDERED in Jacksonville, Florida, this 21st day of November, 2014

_____________________________________
Jerry A. Funk
United States Bankruptcy Judge

Jason Weber, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Submitted by:

Jason A. Weber, Esq.
SIROTE & PERMUTT, P.C.
200 East Broward Blvd. Suite 900
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1118
Facsimile: (954) 828-1101
Toll Free: (800) 826-1699
jweber@sirote.com

Copies furnished to:

***Debtor***
**Richard D Lee**
116 Magnolia Hammock Dr.
Ponte Vedra Beach, FL 32082

***Joint Debtor***
**Megan K Lee**
***fka* Megan K LeVine**
116 Magnolia Hammock Dr.
Ponte Vedra Beach, FL 32082

**Robert Wilbert**
Wood, Atter & Wolf, P.A.
333-1 East Monroe Street
Jacksonville, FL 32202
rwilbert@woodatter.com

***Trustee***
**Douglas W. Neway**
P O Box 4308
Jacksonville, FL 32201

***U.S. Trustee***
**United States Trustee - JAX 13/7, 7**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801